■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JED CONNALLY, Appellant.—Judgment, Supreme Court, New York County (Alfred Kleiman, J.), rendered on March 2, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Milonas, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN GUZMAN, Appellant.—Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered on January 7, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Rosenberger, Ellerin and Smith, JJ.

■ TAMARA B. v PETE F.—Motion granted to extent of amending last line of final paragraph of this court's order (146 AD2d 487) entered on January 12, 1989, and the penultimate line of the first paragraph of the accompanying memorandum decision, to add, after the word "remanded" appearing therein: "for presentation of rebuttal testimony by appellant's expert witness regarding the HLA paternity test, without costs and without disbursements." Concur—Ross, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.

■ In the Matter of STEPHEN J. MYDANICK, Admitted as STEPHEN MYDANICK, a Disbarred Attorney.—Petition granted only insofar as to refer application for reinstatement to the Departmental Disciplinary Committee for a hearing, as indicated. Concur—Kupferman, J. P., Sullivan, Ross, Smith and Rubin, JJ.